**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Castro,<br><br>        Plaintiff,<br><br>v.<br><br>Arizona Department of Public Safety, et al.,<br><br>        Defendants. | No. CV-18-00753-PHX-SRB (ESW)<br><br>**ORDER** |

      Pending before the Court are Plaintiff's Motion to Amend Complaint (Doc. 55) and State Defendants' Motion to Strike (Doc. 58). Upon review of the briefing, the Court notes that (i) the Motion to Amend (Doc. 55) is unopposed on the merits and (ii) the Motion to Strike (Doc. 58) is conditionally unopposed.

      For good cause shown,

      **IT IS ORDERED** granting Plaintiff's Motion to Amend Complaint (Doc. 55). Plaintiff shall file his Second Amended Complaint as proposed within ten (10) business days of the filing of this Order.

      **IT IS FURTHER ORDERED** granting State Defendants' Motion to Strike (Doc. 58) as set forth herein.

      **IT IS FURTHER ORDERED** striking page 2 line 15 through page 15 line 2 of Plaintiff's Motion to Amend (Doc. 55).

**IT IS FURTHER ORDERED** striking Docs. 55-2 through 55-7.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's Request to File a Hard Copy of an Exhibit (Doc. 56).

Dated this 19th day of February, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge